AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jesus Daniel Vasquez-Hernandez

United States Courts
Southern District of Texas
FILED
*February 16, 2022*
Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

Case Number: M-22-0336-M

IAE  YOB: 1984
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 15, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Weslaco, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jesus Daniel Vasquez-Hernandez was encountered by Border Patrol Agents near Weslaco, Texas on February 15, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 15, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on August 24, 2016, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On March 31, 2008, the defendant was convicted of Aggravated Robbery and sentenced to nine (9) years confinement.

Continued on the attached sheet and made a part of this complaint:    [ ] Yes  [X] No

Complaint authorized by AUSA Colton Turner
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 16, 2022    4:51 PM

/S/   Raylin Schannette
Signature of Complainant

Raylin Schannette    Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer